# BROWER PIVEN

BRIAN C. KERR
kerr@browerpiven.com

A PROFESSIONAL CORPORATION
475 PARK AVENUE SOUTH, 33RD FLOOR
NEW YORK, NEW YORK 10016
www.browerpiven.com
Telephone (212) 501-9000
Facsimile (212) 501-0300

September 10, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/15

**BY ECF**

Honorable Judge Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Piven v. Harwood Feffer LLP*, 14-cv-06601-LAK

Dear Judge Kaplan:

I write on behalf of the Plaintiffs in the above-referenced action. Counsel for the Defendants have reviewed this letter and join in its submission to Your Honor.

As the Court is aware, the parties had a settlement conference yesterday with Magistrate Judge Cott. We are pleased to report that we have reached an agreement-in-principle to resolve the action. The parties respectfully request a stay for 30 days so that we can draft and finalize settlement papers to formalize our agreement. While we are mindful of the Court's deadlines, one of the factors that led to the settlement was the parties' desire to avoid the costs and burdens of discovery. That goal will be thwarted if the case is not stayed while the settlement is finalized. We are available at the Court's convenience to provide additional details if requested.

Respectfully submitted,

Brian C. Kerr

cc: Counsel for Defendants

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, __10/17/15__, if the settlement is not consummated by then.

SO ORDERED:

Lewis A. Kaplan
U.S.D.J.

9/18/15